Odell MARSHALL, Petitioner
and Appellant,

v.

Lawrence PUTNAM, Defendant
and Appellee.

No. 78–2718.

United States Court of Appeals,
Ninth Circuit.

July 2, 1979.

Barry Tarlow, Law Offices, Los Angeles, Cal., on briefs, for petitioner and appellant.

Mitchell A. Mars, Atty., U. S. Dept. of Justice, Washington, D.C., for defendant and appellee.

Before HUFSTEDLER, ANDERSON, Circuit Judges, and EAST,* Senior District Judge.

ORDER

The judgment is affirmed. The issue was decided adversely to the appellant by the United States Supreme Court in *United States v. Addonizio*, —— U.S. ——, 99 S.Ct. 2235, 60 L.Ed.2d 805 (1979).

AFFIRMED.

* Hon. William G. East, Senior District Judge, United States District Court for the District of Oregon, sitting by designation.